FILED
2021 Apr-19 PM 12:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "G"

STANSBERRY LAW, LLC
Amanda L. Stansberry
3535 Grandview Pkwy #310
Birmingham, AL 35243
Phone: (205) 379 -1059 Fax: (833) 583-4357
amanda@stansberrylaw.com

October 22, 2019

**SENT VIA FAX & U.S. MAIL**

Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha, NE 68103
FAX: 402-361-1460

| | |
|---|---|
| **RE:** | **ANNA O'MARY** |
| **POLICY NO.:** | **00001012802700000** |
| **CLAIM NO.:** | **1170026162** |

Dear Kelly:

Please consider this notice of our second appeal of the termination of long-term disability benefits to Anna O'Mary. Lincoln's termination decision remains unsupported and contrary to all credible evidence. Additional records have been requested from Mrs. O'Mary's providers and will be submitted upon receipt. Please allow an extension of 30 days from the date of this letter to submit outstanding records.

In its LTD termination, Lincoln ignored multiple imaging and exam reports and treatment notes supporting Mrs. O'Mary's claim. Instead Lincoln absurdly claimed that her severe and long-standing conditions simply do not preclude her from working full-time. Lincoln failed to consider that a return to work would worsen Mrs. O'Mary's symptoms and would not be sustainable. It is clear Lincoln did not properly review Mrs. O'Mary's claim and wrongly concluded that she does not suffer disabling restrictions or limitations from her many serious health conditions.

Lincoln again based its denial of further benefits on the opinions of non-examining consultants. Mrs. O'Mary recently received a fully favorable decision after a hearing before a Social Security Administrative Law Judge. Mrs. O'Mary's treating physicians have observed and examined her have repeatedly submitted statements and evidence to Lincoln stating that Mrs.

O'Mary is disabled from all work due to her conditions. Her doctors have identified objective evidence upon which their opinions are based and have provided copies of all medical records. Mrs. O'Mary has received continuous medical treatment for her conditions. It is absurd that Lincoln would call in to question the credibility of Mrs. O'Mary and multiple treating physicians regarding her restrictions and limitations. What more can Mrs. O'Mary and her doctors provide to Lincoln to satisfy its requirements?

In conclusion, please give proper weight to the evidence from Mrs. O'Mary's treating physicians and her favorable Social Security determination in your review. In addition to the primary symptoms and limitations of her conditions, pain, fatigue, cognitive impairment, side effects from medication and frequency of required treatment for her conditions preclude Mrs. O'Mary from performing any work and her benefits should be retroactively reinstated.

Very truly yours,

Amanda L. Stansberry