FILED
2021 Apr-19 PM 12:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

# ATTENDING PHYSICIAN'S STATEMENT - DISABILITY (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)

(This form is to be completed without expense to the Company and returned by________________ )

Claim No: 1170026162 Policy No: 00001012802700000

Name of Patient: Anna O'Mary

Date of Birth: 10-11-

When did symptoms first appear or accident happen? [illegible] Chronic

Has patient ever had same or similar condition? Yes Nо If yes, state when and describe. Chronic

(a) Diagnosis (including ICD Code(s)) L5-S1 Spondylolisthesis Spondylolisthesis Congenital Q76.2, Status Post Cervical ACDF

(b) Subjective Findings axial lumbar and left groin pain with spasms Burning Shooting pain with spasms aggravated by prolonged sitting, Standing + walking Rates pain 8/10

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings) L5 Spondylolysis with grade 2 Spondylolisthesis

(a) Date of First visit 12/08/2014 (b) Date of Last visit 02/07/2018 (c) Frequency of visits Weekly Monthly Other (specify) Q 2-3 months

(d) Nature of treatment (including surgery, and medications prescribed) Post Laminectomy Syndrome, Transforaminal ESI's Nucynta, Topamax, gabapentin

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

Class 2 - Medium manual activity* (15-30%)

Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

(Class 4) - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks: cont to be disabled from chronic pain

(b) Mental Impairments (if applicable)

(a) Please define "stress" as it applies to this claimant.

(b) What stress and problems in interpersonal relations has claimant had on job?

(Class 1) - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)

(Class 1) (No limitation) Class 2 (Slight limitation)

Class 3 (Marked limitation) Class 4 (Complete limitation)

(d) Blood Pressure (last visit)________________ systolic/diastolic

Has patient Recovered? Improved? (Unchanged?) Retrogressed?

(b) Has patient been hospital confined? Yes No

If Yes, give Name and Address of Hospital

Confined from ____________ to ____________

(c) Is patient Ambulatory? Yes House Confined? Bed Confined? Hospital Confined?

(a) Is patient now totally disabled?
Patient's Job (Yes) No
Any other work (Yes) No

(b) Date you are medically certifying patient unable to work.

(c) When do you expect a fundamental or marked change in the future?
1 Month 1-3 Months 3-6 Months (Never)
Applies to: Patient's Job Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.
Yes (No) If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL Date on which assistance was first required and received

- Bathing none (washing self in tub, shower or by sponge bath, with or w/o equipment)
- Dressing none (putting on, taking off garmets, braces or any artificial limbs normally worn)
- Toileting none (getting to, from, on and off toilet; and performing related personal hygiene)
- Transferring none (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
- Continence none (voluntarily maintaining control of bladder and bowel function)
- Eating none (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
Yes No If "no", please explain when improvement may be expected
NA

(a) Is patient a suitable candidate for occupational rehabilitation? No

(b) Can present job be modified to allow for handling with impairment? Yes (No)

(c) When could patient return to work? Permanent disability

Patient's Job Full-time Part-time

Any other Work Full-time Part-time

Restrictions and Limitations

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

| Name (Attending Physician) Print | Degree | Telephone Number |
|---|---|---|
| Roger W Kemp | MD | (334)264-3302 |

| Street Address | City or Town | State | Zip Code |
|---|---|---|---|
| 1709 Forest Ave | Montgomery | Al | 36106 |

Signature (By Physician) [signature] Date 2/7/18

Lincoln Financial Group®

The Lincoln National Life Insurance Company
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

# ATTENDING PHYSICIAN'S STATEMENT - DISABILITY (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)
(This form is to be completed without expense to the Company and returned by________________ )

Claim No: 1170026162 Policy No: 00001012802700000

Name of Patient: Anna O'Mary
Date of Birth: 10|11|19

When did symptoms first appear or accident happen? Chronic, 1st visit With Dr Okor 11|18|2016

Has patient ever had same or similar condition? (Yes) No If yes, state when and describe. Chronic

(a) Diagnosis (including ICD Code(s)) Severe low back Pain M54.5 Spondylolisthesis - M43.17 Post lumbar fusion Z98.1

(b) Subjective Findings Chronic low back pain; Continued low back pain despite lumbar fusion procedure.

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)
MRI 9/23/16. Grade 3 spondylolisthesis, Severe lumbar stenosis Xray 12/18/17. Grade 2 anterior listhesis of L5 on S1 is Stable. No New abnormality Seen.

(a) Date of First visit 11|18|2016
(b) Date of Last visit 12|18|2017
(c) Frequency of visits Weekly / Monthly / Other (specify) Return 1 yr.

(d) Nature of treatment (including surgery, and medications prescribed)
L4-S1 laminectomies, bilateral L5 S1 Gill procedures; L3-Pelvis Dorsal internal fixation AND Fusion. 12/27/2016.

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)
Class 2 - Medium manual activity* (15-30%)
Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
(Class 4) - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks: Ms O'Mary continues to experience severe pain with minimal activity. She is unable to sit or stand for any significant period of time due to severe pain. Unable to perform even sedentary type job activities.

(b) Mental Impairments (if applicable)
(a) Please define "stress" as it applies to this claimant.
(b) What stress and problems in interpersonal relations has claimant had on job?

Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)
(Class 2) - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)
Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)
Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks: Slight limitations due to side effects of narcotic pain medication.

(c) Functional Capacity (American Heart Association)
(Class 1 (No limitation)) Class 2 (Slight limitation)
Class 3 (Marked limitation) Class 4 (Complete limitation)

(d) Blood Pressure (last visit) 117/63 systolic/diastolic

Has patient Recovered? Improved? (Unchanged?) Retrogressed?

(b) Has patient been hospital confined? (Yes) No
If Yes, give Name and Address of Hospital
Confined from 12/27/16 to 12/30/16

(c) Is patient Ambulatory? Yes House Confined? NO Bed Confined? NO Hospital Confined? NO

(a) Is patient now totally disabled?
Patient's Job (Yes) No
Any other work (Yes) No

(b) Date you are medically certifying patient unable to work.
Yes, Pt unable to perform even light duties due to Severe pain. 12/27/16.

(c) When do you expect a fundamental or marked change in the future?
1 Month 1-3 Months 3-6 Months (Never) Pt continues with significant pain / activity limitations 1 Yr post op.
Applies to: Patient's Job Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.
Yes (No) If "yes", please explain and provide supporting medical documentation and testing:

Though she can continue to improve, significant improvement unlikely.

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

| ADL | Date on which assistance was first required and received | |
|---|---|---|
| Bathing | NA | (washing self in tub, shower or by sponge bath, with or w/o equipment) |
| Dressing | | (putting on, taking off garmets, braces or any artificial limbs normally worn) |
| Toileting | | (getting to, from, on and off toilet; and performing related personal hygiene) |
| Transferring | | (moving in & out of bed, chair or any wheelchair, with or w/o equipment) |
| Continence | | (voluntarily maintaining control of bladder and bowel function) |
| Eating | | (getting nourishment into one's body by any means (table/tray or special equipment) |

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
Yes No If "no", please explain when improvement may be expected

(a) Is patient a suitable candidate for occupational rehabilitation? NO

(b) Can present job be modified to allow for handling with impairment? Yes (No)

(c) When could patient return to work? To be determined.

Patient's Job Full-time Part-time

Any other Work Full-time Part-time

Restrictions and Limitations
No lifting greater than 15-20 lbs; No strenuous activity; As tolerated. Sitting + Standing

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name (Attending Physician) Print: Mamerhi Okor, MD
Degree: MD / Neurosurgery
Telephone Number: (205) 934-7170
Street Address: FOT 1034 ; 1720 2ND AV S
City or Town: Birmingham
State: AL
Zip Code: 35294
Signature (By Physician): [signature]
Date: 1-10-18

## Long-Term Disability Claim Physician's Statement

This form should be completed by the physician who was treating the claimant when he or she last worked.

To Be Completed By The Attending Physician

### A. General information

This claim is for (Patient's Name and Home Phone Number)
Anna Carrie O'Mary (Claim No. 1170026162 / Policy No. 0000101280270000)

| Patient's Social Security Number | Height | Weight | Blood Pressure | Date of Birth (Month, Day, Year) |
|---|---|---|---|---|
| | 5-5 | 185 | 117/84 | 10/11/19 |

Primary Diagnosis including ICD or DSM code

### B. Complete this section for normal pregnancy, then go to section E.

| What was the date of the last menstrual period? | What is the expected date of delivery? | |
|---|---|---|
| NA | NA | |
| **What is the expected length of postpartum recovery?** | **What was the first date of treatment?** | **What was the last date of treatment?** |
| NA | NA | NA |

### C. Complete this section for all conditions except normal pregnancy.

Symptoms: axial lumbar back pain that radiates to the B/L legs (R thigh & L leg extending to the foot).

Objective Findings: Sensory deficit (L) L3->L5-S, dermatomes, multifidus muscle atrophy, loss of (L) DTR's (Patella & achilles) L3-4 Stenosis.

Are there secondary conditions contributing to the disability?
☐ Yes ☑ No If yes, what are they? (Please include ICD or DSM code.)

If this is a cardiac condition, what is the functional capacity? (American Heart Association)
☐ Class 1 - No limitation ☑ Class 2 - Slight limitation ☐ Class 3 - Marked limitation ☐ Class 4 - Complete limitation

| When did symptoms first appear? | Date of the patient's first visit (Month, Day, Year) | Date you believe the patient was first unable to work (Month, Day, Year) |
|---|---|---|
| 20+ years ago | | 12/27/16 |

| Date of the patient's last visit (Month, Day, Year) | How often do you see the patient? |
|---|---|
| 1/14/19 | every 2 to 3 months |

Is the patient's condition work related?
☐ Yes ☐ No If yes, explain:

Has the patient undergone surgery?
■ Yes ☐ No If yes, give date, procedure and result. 12/27/16 -

If no, do you expect surgery to be performed in the future?
☑ Yes ☐ No If yes, give date and type of surgery.

What medication is the patient currently taking?
Butrans 15mcg Δ QWK - & Ultram 50mg i QID Breakthrough

Please indicate other types and frequencies of treatment.
Transforaminal ESI and/or PRP @ level above fusion @ L3-4 through L5-S,

Has the patient been referred to a medical rehabilitation or therapy program?
☐ Yes ☑ No If yes, give details. not currently

Have you referred the patient for other types of consultations?
☑ Yes ☐ No If yes, give details.

Has the patient been hospital confined?
☐ Yes ☑ No If yes, complete the following:

Name of Hospital

| Address | Dates of Confinement |
|---|---|
| | through |

**D. Information about the patient's inability to work**

Briefly describe restrictions and limitations.
no sitting >15 min. no standing >30 min, no lifting >10 lbs no carrying >10 lbs

Restrictions (What the patient SHOULD NOT do)
above

Limitations (What the patient CANNOT do)
above

What is your prognosis for recovery? minimal

Has patient achieved maximum medical improvement?
☑ Yes ☐ No If no, complete the following:

How soon do you expect fundamental changes in the patient's medical condition?
☐ 1 - 2 months ☐ 5 -6 months
☐ 3 - 4 months ☐ more than 6 months

Give details concerning expected improvement or deterioration:

In an eight hour workday, claimant can: (Circle full hourly capacity for each activity)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sit | (<1) | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Stand | (<1) | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Walk | (<1) | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

| Are there restrictions in: | Yes | No | Comments |
|---|---|---|---|
| Lifting/Carrying | ☑ | ☐ | ≤ 10 lbs |
| Use of hands in repetitive actions | ☐ | ☑ | |
| Use of feet in repetitive movements | ☐ | ☑ | |
| Bending | ☑ | ☐ | occassional |
| Squatting | ☑ | ☐ | occasional |
| Crawling | ☐ | ☑ | |
| Climbing | ☐ | ☑ | |
| Reaching above shoulder level | ☑ | ☐ | occassional |
| Other (please specify) | ☐ | ☐ | |

When do you expect claimant to return to prior level of functioning?
never

Would you recommend vocational rehabilitation for this patient?
☐ Yes ☑ No

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment
☐ Yes ☑ No If yes, please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL Date on which assistance was first required and received

☑ Bathing________ (washing self in tub, shower or by sponge bath, with or w/o equipment)
☑ Dressing________ (putting on, taking off garmets, braces or any artificial limbs normally worn)
☑ Toileting________ (getting to, from, on and off toilet; and performing related personal hygiene)
☑ Transferring________ (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
☑ Continence________ (voluntarily maintaining control of bladder and bowel function)
☑ Eating________ (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
☑ Yes ☐ No If "no", please explain when improvement may be expected:

**E. Required Attachments and Signature**

**After you have fully completed this form, attach copies of the following materials:**

- **Office notes for the period of treatment for the last two years**
- **Test results showing objective findings**
- **Hospital discharge summaries**
- **Consulting physician reports**

Your Name Roger Kemp, MD

Degree

Specialty Pain Management

Telephone: (334) 264-3302

Fax: (334) 264-3305

Address 1709 Forest Ave Montgomery, AL 36106

x [signature]

Signature of Attending Physician (no stamp)

1-21-19

Date

UAB SCHOOL OF MEDICINE
*Department of Neurosurgery*

2/7/2020
Anna O Mary
DOB: 10/11/19

To Whom It May Concern:

I initially saw Ms. O Mary in clinic in consultation on 11/18/2016. She presented with a twenty year history of chronic low back pain and leg pain that was refractory to non-operative treatment including medication, therapy and epidural steroid injections. Her MRI at that time demonstrated grade three spondylolisthesis at L5S1 with associated severe foraminal stenosis. On 12/27/2016 she underwent L4-S1 laminectomies with L3 to pelvis dorsal internal fixation and fusion. Immediately post op she noted minimal symptom relief but her course was further complicated by a mechanical fall.

Since that time Ms. O Mary has been plagued with constant lower extremity pain and numbness exacerbated by minimal activity including standing, sitting and walking. She attempts to manage her symptoms with intermittent injections and oral pain medication. In spite of these measures, Ms. O Mary can only stand five to ten minutes at a time and sit a maximum of twenty to thirty minutes. She spends the majority of her day resting in a reclining position due to pain. Her symptoms preclude her from participating in work, hobbies and causes sleep disturbance.

On 2/25/2019 Ms. O Mary was seen in clinic for a follow up appointment with worsening symptoms. A lumbar x-ray completed on that date indicated a fracture in her hardware on the right side at sacral one and pseudoarthrosis at her surgical site. She was offered repeat surgery but with uncertainty that it will provide her with relief of symptoms. At her follow up appointment on 1/6/2020 she continued to complain of debilitating symptoms. An x-ray performed on that date identified fracture of the bilateral posterior fusion rods of the lumbosacral spinal fusion hardware. Surgical procedure was again discussed but due to financial constraints (extremely high deductible) Ms. O Mary has to delay in scheduling.

With or without surgery I feel that her symptoms will continue to preclude her from carrying out her job duties as required by her employer. I have thus advised that she seek long term disability benefits. She will continue to follow up in clinic every six months with updated imaging.

Any assistance you can provide to Ms. O Mary to allow her to receive her long term disability benefits will be greatly appreciated. Her medical records are included for more detailed explanation and review.

Please do not hesitate to contact my office with any questions or concerns.

Sincerely:

Mamerhi Okor MD
Associate Professor
Department of Neurosurgery
University of Alabama at Birmingham
FOT 1034
1530 3rd AVE S
Birmingham, AL 35294
205.934.7170
205.934.1260 (Fax)