FILED
2021 Apr-19 PM 12:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

August 2, 2019

STANSBERRY LAW LLC
AMANDA STANSBERRY
420 N 20th ST STE 2200
BIRMINGHAM, AL 35203

Re: Policyholder: ARONOV REALTY MANAGEMENT INC
Policy Number: 00001012802700000
Claim Number: 1170026162
Claimant: Anna O'Mary

Dear Ms. Standberry:

The LFG Recovery Unit has received notification that Ms. O'Mary has been awarded Social Security Disability benefits at $1,782.00 per month.

As you are aware, these benefits from Social Security have been paid for a period during which she had received unreduced Long Term Disability benefits. Therefore, her claim has been overpaid in the amount of $8,018.60 for the period of 09/01/2017 to 04/27/2018. Please note that it is possible to have a larger overpayment balance than monies received or available to have transferred. Nonetheless, we will work together for any explanations and options during this process.

Ms. O'Mary is required to repay The Lincoln National Life Insurance Company this amount and we ask that this matter receive your immediate attention. A copy of the calculation is attached.

We respectfully request a refund within 30 days from the date of this letter. Please mail payment to the following address and include the claim number provided in this letter:

Lincoln Financial Group
P.O. Box 26028
Greensboro, NC 27420-6028

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Lincoln Financial Group can process a one-time debit from Ms. O'Mary's account. If she prefer this method of refund, she may complete the enclosed Authorization to Debit form and return it via fax to 402-361-1428 or email to Brandi.Miller@lfg.com; or contact Brandi Miller at 402-361-7980 to process a phone debit. If she is unable to refund this full amount, please contact our office within 30 days to make arrangements for repayment.

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Brandi Miller
402-361-7980
Senior Claims Examiner, Overpayments
The Lincoln National Life Insurance Company

# Benefit Recalculation

| | | | |
|---|---|---|---|
| **Claim Number** | 1170026162 | **Date of Disability** | Dec 27, 2016 |
| **Claimant** | ANNA O'MARY<br>1207 WOODHILL COURT<br>MONTGOMERY, AL 36109 | **Nature** | Sickness |

## Recalculation Period 1

**Payee** ANNA O'MARY

| Description | Benefit Duration | Month | Days | Monthly Amount | Amount |
|---|---|---|---|---|---|
| | ***Original Payment*** | | | | |
| Gross Monthly Benefit - LTD | Aug 27, 2017 - Sep 27, 2017 | 1 | 0 | $2,031.46 | $2,031.46 |
| Buy-up | Aug 27, 2017 - Sep 27, 2017 | 1 | 0 | $406.29 | $406.29 |
| Soc Sec (DisPrimary) | Sep 01, 2017 - Sep 27, 2017 | 0 | 26 | $0.00 | $0.00 |
| | ***Recalculation*** | | | | |
| Gross Monthly Benefit - LTD | Aug 27, 2017 - Sep 27, 2017 | 1 | 0 | $2,031.46 | $2,031.46 |
| Buy-up | Aug 27, 2017 - Sep 27, 2017 | 1 | 0 | $406.29 | $406.29 |
| Soc Sec (DisPrimary) | Sep 01, 2017 - Sep 27, 2017 | 0 | 26 | $1,782.00 | ($1,544.40) |
| Attorney Fees | | 1 | 0 | $6,000.00 | $6,000.00 |
| | | | | **Total Correction** | $4,455.60 |
| | | | | **Tax Correction** | $0.00 |
| | | | | **Insured Correction** | $4,455.60 |

## Recalculation Period 2

**Payee** ANNA O'MARY

| Description | Benefit Duration | Month | Days | Monthly Amount | Amount |
|---|---|---|---|---|---|
| | ***Original Payment*** | | | | |
| Gross Monthly Benefit - LTD | Sep 27, 2017 - Dec 27, 2017 | 3 | 0 | $2,031.46 | $6,094.38 |
| Buy-up | Sep 27, 2017 - Dec 27, 2017 | 3 | 0 | $406.29 | $1,218.87 |
| Soc Sec (DisPrimary) | Sep 27, 2017 - Dec 27, 2017 | 3 | 0 | $0.00 | $0.00 |
| | ***Recalculation*** | | | | |
| Gross Monthly Benefit - LTD | Sep 27, 2017 - Dec 27, 2017 | 3 | 0 | $2,031.46 | $6,094.38 |
| Buy-up | Sep 27, 2017 - Dec 27, 2017 | 3 | 0 | $406.29 | $1,218.87 |
| Soc Sec (DisPrimary) | Sep 27, 2017 - Dec 27, 2017 | 3 | 0 | $1,782.00 | ($5,346.00) |
| | | | | **Total Correction** | ($5,346.00) |
| | | | | **Tax Correction** | $0.00 |
| | | | | **Insured Correction** | ($5,346.00) |

## Recalculation Period 3

**Payee** ANNA O'MARY

| Description | Benefit Duration | Month | Days | Monthly Amount | Amount |
|---|---|---|---|---|---|
| | ***Original Payment*** | | | | |

## Benefit Recalculation

| | | | |
|---|---|---|---|
| **Claim Number** | 1170026162 | **Date of Disability** | Dec 27, 2016 |
| **Claimant** | ANNA O'MARY<br>1207 WOODHILL COURT<br>MONTGOMERY, AL 36109 | **Nature** | Sickness |

| | | | | | |
|---|---|---|---|---|---|
| Gross Monthly Benefit - LTD | Dec 27, 2017 - Mar 27, 2018 | 3 | 0 | $2,031.46 | $6,094.38 |
| Buy-up | Dec 27, 2017 - Mar 27, 2018 | 3 | 0 | $406.29 | $1,218.87 |
| Soc Sec (DisPrimary) | Dec 27, 2017 - Mar 27, 2018 | 3 | 0 | $0.00 | $0.00 |
| | ***Recalculation*** | | | | |
| Gross Monthly Benefit - LTD | Dec 27, 2017 - Mar 27, 2018 | 3 | 0 | $2,031.46 | $6,094.38 |
| Buy-up | Dec 27, 2017 - Mar 27, 2018 | 3 | 0 | $406.29 | $1,218.87 |
| Soc Sec (DisPrimary) | Dec 27, 2017 - Mar 27, 2018 | 3 | 0 | $1,782.00 | ($5,346.00) |
| | | | | **Total Correction** | ($5,346.00) |
| | | | | **Tax Correction** | $0.00 |
| | | | | **Insured Correction** | ($5,346.00) |

### Recalculation Period 4

**Payee** ANNA O'MARY

| Description | Benefit Duration | Month | Days | Monthly Amount | Amount |
|---|---|---|---|---|---|
| | ***Original Payment*** | | | | |
| Gross Monthly Benefit - LTD | Mar 27, 2018 - Apr 27, 2018 | 1 | 0 | $2,031.46 | $2,031.46 |
| Buy-up | Mar 27, 2018 - Apr 27, 2018 | 1 | 0 | $406.29 | $406.29 |
| Soc Sec (DisPrimary) | Mar 27, 2018 - Apr 27, 2018 | 1 | 0 | $0.00 | $0.00 |
| | ***Recalculation*** | | | | |
| Gross Monthly Benefit - LTD | Mar 27, 2018 - Apr 27, 2018 | 1 | 0 | $2,031.46 | $2,031.46 |
| Buy-up | Mar 27, 2018 - Apr 27, 2018 | 1 | 0 | $406.29 | $406.29 |
| Soc Sec (DisPrimary) | Mar 27, 2018 - Apr 27, 2018 | 1 | 0 | $1,782.00 | ($1,782.00) |
| | | | | **Total Correction** | ($1,782.00) |
| | | | | **Tax Correction** | $0.00 |
| | | | | **Insured Correction** | ($1,782.00) |

SOCIAL SECURITY ADMINISTRATION

Office of Hearings Operations
4344 Carmichael Rd
Suite 200
Montgomery, AL 36106-3730

Date: April 26, 2019

*0402CIPA1013327*NOTAFP.X3.CIPAFP.ODARS.R190426.PS1K 000000000000000CP0100190426419910010749S

Anna C O' Mary
1207 Woodhill Ct
Montgomery, AL 36109

## Notice of Decision –Fully Favorable

I carefully reviewed the facts of your case and made a fully favorable decision on your application(s) for a period of disability and disability insurance benefits filed on March 28, 2017. I stated the basis for my decision at your hearing held on April 19, 2019. I adopt the findings of fact and reasons that I gave at the hearing. Please read this notice of decision.

I found you disabled as of March 28, 2017 because your impairment or combination of impairments is so severe that you cannot perform any work existing in significant numbers in the national economy. The medical evidence of record and the testimony of the medical expert, Dr. William Whatley, establishes severe impairments of Obesity (Exhibit 2F, page 5); Degenerative Disc Disease Cervical Spine, Status Post Anterior Cervical Discectomy and Fusion C5-6 (Exhibit 2F, page 5); and Degenerative Disc Disease of Lumbar Spine, Status Post Fusion/Laminectomy L3-S1 (Exhibit 2F, page 7), with Lumbar Radiculopathy (Exhibit 17F, page 4-6). With consideration of the severity of your impairments, your symptoms, and your required treatment, I find that you are unable to maintain an 8-hour workday, 40-hour workweek on a consistent basis at any exertion level, including sedentary. Accordingly, a finding of "disabled" is appropriate, as supported by Social Security Rulings 96-8p, and so I find. See exhibit 17F, page 5, by Dr. Roger Kemp, who stated there that he had made the claimant aware of her fractured fixation rod and that he had offered surgery to address that issue. Also see, Exhibit 15 F, 13 F, 20 E, page 4 & 9.

The Claimant is 45 years old and who has a college education, with an excellent work history (Exhibit 7D). Medical improvement is possible, so a review of the claimant's case for medical improvement is recommended three years from the date of this decision.

If you would like more information about my decision, I can provide you with a record of my oral decision. You must ask for this record in writing. You may mail or bring your request to any Social Security or hearing office. Please put the Social Security number shown above on your request.



**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

- Return your case to me or another administrative law judge for a new decision,
- Issue its own decision, or
- Dismiss your case.

The Appeals Council will send you a notice telling you what it decides to do. If the Appeals Council denies your appeal, my decision will become the final decision.

**The Appeals Council May Review My Decision On Its Own**

The Appeals Council may review my decision even if you do not appeal. They may decide to review my decision within 60 days after the date of the decision. The Appeals Council will mail you a notice of review if they decide to review my decision.

**When There Is No Appeals Council Review**

If you do not appeal and the Appeals Council does not review my decision on its own, my decision will become final. A final decision can be changed only under special circumstances. You will not have the right to Federal court review.

**If You Have Any Questions**

We invite you to visit our website located at www.socialsecurity.gov to find answers to general questions about social security. You may also call (800) 772-1213 with questions. If you are deaf or hard of hearing, please use our TTY number (800) 325-0778.

If you have any other questions, please call, write, or visit any Social Security office. Please have this notice and decision with you. The telephone number of the local office that serves your area is (866)593-0914. Its address is:

Social Security
4344 Carmichael Rd
Suite 100
Montgomery, AL 36106-3730

/s/ *Michael D. Anderson*
Michael D. Anderson
Administrative Law Judge

April 26, 2019
Date

*0403CIPA101327*NOTAFP.X3.CIPAFP.ODARS.R190426.PS1K 0000000000000000CP010019042641910010749B

*0404CIPA101332?*NOTAFP.X3.CIPAFP.ODARS.R190426.PS1K 000000000000000000CP010019042641991010?498

# SOCIAL SECURITY ADMINISTRATION

## Office of Hearings Operations

## ORDER OF ADMINISTRATIVE LAW JUDGE

| IN THE CASE OF | CLAIM FOR |
|---|---|
| Anna C O'mary (Claimant) | Period of Disability and Disability Insurance Benefits |
| (Wage Earner) | 424-15- (Social Security Number) |

I approve the fee agreement between the claimant and her representative subject to the condition that the claim results in past-due benefits. My determination is limited to whether the fee agreement meets the statutory conditions for approval and is not otherwise excepted. I neither approve nor disapprove any other aspect of the agreement.

**YOU MAY REQUEST A REVIEW OF THIS ORDER AS INDICATED BELOW**

**Fee Agreement Approval:** You may ask us to review the approval of the fee agreement. If so, write us within 15 days from the day you get this order. Tell us that you disagree with the approval of the agreement and give your reasons. Your representative also has 15 days to write us if he or she does not agree with the approval of the fee agreement. Send your request to this address:

Sheila Lowther
Regional Chief Administrative Law Judge
Suite 20T10
61 Forsyth Street SW
Atlanta, GA 30303-8819

**Fee Agreement Amount:** You may also ask for a review of the amount of the fee due to the representative under this approved fee agreement. If so, please write directly to me as the deciding Administrative Law Judge within 15 days of the day you are notified of the amount of the fee due to the representative. Your representative also has 15 days to write me if he/she does not agree with the fee amount under the approved agreement.

You should include the social security number(s) shown on this order on any papers that you

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: May 17, 2019
BNC#: 19MS832D74582-HA

238 114579 **AUTOMIXED AADC 296 R P1 T2 M3 PC7 190513
238
AMANDA LANE STANSBERRY
STE 100
3535 GRANDVIEW PKWY
BIRMINGHAM, AL 35243

*0501VMOEN00429*NOTAFP.X3.PBMCSNOT.PC7.R190513.PAM 000000000 002601063563421799723524319312S

Enclosed is a copy of a letter we sent to ANNA C O'MARY.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, call us toll-free at 1-800-772-1213. We can answer most questions over the phone. If you prefer to visit one of our offices, please check the local telephone directory for the office nearest you. Or call us and we can give you the office address. Please have this letter with you if you call or visit an office. It will help us answer your questions.

*Social Security Administration*

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: May 17, 2019
BNC#: 19MS832D74582-HA

*0502VMOEN001429*NOTAFF.X3.PBMCSNOT.PC7.R190513.PAM 00000000 002601063563421799723524319312

ANNA C O'MARY
1207 WOODHILL CT
MONTGOMERY, AL 36109

You are entitled to monthly disability benefits beginning September 2017.

**The Date You Became Disabled**

We found that you became disabled under our rules on March 28, 2017.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is September 2017.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $30,507.00 around May 18, 2019.
- This is the money you are due for September 2017 through April 2019.
- Your next payment of $1,869.00, which is for May 2019, will be received on or about the third Wednesday of June 2019.
- After that you will receive $1,869.00 on or about the third Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.
- The day of the month you receive your payments depends on your date of birth.

See Next Page

## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
|---|---|---|
| September 2017 | $1,782.70 | Entitlement began |
| December 2017 | $1,818.30 | Cost-of-living adjustment |
| December 2018 | $1,869.20 | Cost-of-living adjustment |

## Information About Medicare

Your Medicare Part A (hospital insurance) and Part B (medical insurance) start September 2019.

You will get a Medicare card within 2 weeks. You should show this card when you need medical care. To learn more about what Medicare covers, visit Medicare.gov. If you have questions about your Medicare coverage, call 1-800-MEDICARE (1-800-633-4227).

If you do not want medical insurance, please complete the enclosed card and return it to us in the envelope we have provided. You will need to do this by the date shown on the card. If you decide you do not want the insurance, we will return any premiums that you have paid.

## Medicare Prescription Drug Plan Enrollment

Now that you are eligible for Medicare, you can enroll in a Medicare prescription drug plan (Part D).

To learn more about the Medicare prescription drug plans and when you can enroll, visit www.medicare.gov or call 1-800-MEDICARE (1-800-633-4227; TTY 1-877-486-2048). Medicare also can tell you about agencies in your area that can help you choose your prescription drug coverage.

If you have limited income and resources, we encourage you to apply for the extra help that is available to assist with Medicare prescription drug costs. The extra help can pay the monthly premiums, annual deductibles and prescription co-payments. To learn more or apply, please visit www.socialsecurity.gov, call 1-800-772-1213 (TTY 1-800-325-0778) or visit the nearest Social Security office.

## Information About Representative's Fees

We have approved the fee agreement between you and your representative.

*0503VMOEN001429*NOTAFP.X3.PBMCSNOT.PC7.R190513.PAM 000000000 0026010635634217997232431931 25

Your past-due benefits are $36,507.00 for September 2017 through April 2019. Under the fee agreement, the representative cannot charge you more than $6,000.00 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

## How To Ask Us To Review The Determination On The Fee Amount

You, the representative or the person who decided your case can ask us to review the amount of the fee we say the representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Hearings Operations
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

The representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the representative, we will assume you both agree with the amount of the fee shown.

## Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $6,000.00 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $95, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

## Your Responsibilities

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).
- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

## Other Information

We are sending a copy of this notice to AMANDA LANE STANSBERRY.

*0504VMOEN001429*NOTAFP.X3.PBMCSNOT.PC7.R190513.PAM 000008000 0026010635634217997235243193125

## Do You Disagree With The Decision?

We previously informed you of your appeal rights concerning the administrative law judge's (ALJ) decision. We also informed you of what you must do to have that decision reviewed.

If you believe that we decided any other part of your case incorrectly, you may request reconsideration on that part of your case.

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We may also review the parts of the decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Review of Hearing Decision/Order" form, HA-520-U5. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

## Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

Please tell us if your mailing address or direct deposit information changes. We need this information to deposit your payments on time and send you important letters about your payments.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-613-2752. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
SUITE 100
4344 CARMICHAEL RD
MONTGOMERY AL 36106

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

*0505VMOEN00142*NOTAFP.X3.PBMCSNOT.PC7.R190513.PAM 000000000 002601063563421799723524319312S

# PAYMENT SUMMARY

**Your Payment Of $30,507.00**

Here is how we figured your first payment:

| | |
|---|---|
| Benefits due for September 2017 through April 2019 including any cost of living increase, less monthly rounding of benefits | $36,507.00 |
| Amount we subtracted because of | |
| • money to pay your representative | 6,000.00 |
| This equals the amount of your first payment | $30,507.00 |

**Your Regular Monthly Payment**

Here is how we figured your regular monthly payment effective May 2019:

| | |
|---|---|
| You are entitled to a monthly benefit of | $ 1,869.20 |
| Amount we subtracted because of | |
| • rounding (we must round down to a whole dollar) | .20 |
| This equals the amount of your regular monthly payment | $ 1,869.00 |