FILED
2021 Apr-29 PM 01:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ANNA O'MARY,**<br>**Plaintiff,**<br>**v.**<br>**LINCOLN NATIONAL LIFE INSURANCE COMPANY, ARONOV REALTY MANAGEMENT, INC., GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF ARONOV REALTY MANAGEMENT, INC., GROUP LIFE & DEPENDENT LIFE INSURANCE FOR EMPLOYEES OF ARONOV REALTY MANAGEMENT, INC.**<br><br>**Defendants.** | ) | **Summons**<br>**(Issued pursuant to Rule 4 of The Federal Rules of Civil Procedure or other appropriate law.)**<br><br>**CASE NO.: 2:21-cv-00540-AMM** |

**Summons in a Civil Action**

To: Lincoln National Life Insurance Company
c/o The Prentice-Hall Corporation System, Inc.
641 South Lawrence Street
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amanda Stansberry
STANSBERRY LAW, LLC
3535 Grandview Parkway, Suite 310
Birmingham, Alabama 35243
Phone: 205-383-7996 / Fax: 833-583-4357
amanda@stansberrylaw.com

**If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 4/29/21

SHARON N. HARRIS, CLERK
By: [signature]
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ANNA O'MARY,**<br>**Plaintiff,**<br>**v.**<br>**LINCOLN NATIONAL LIFE INSURANCE COMPANY, ARONOV REALTY MANAGEMENT, INC., GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF ARONOV REALTY MANAGEMENT, INC., GROUP LIFE & DEPENDENT LIFE INSURANCE FOR EMPLOYEES OF ARONOV REALTY MANAGEMENT, INC.**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **<u>Summons</u>**<br>**(Issued pursuant to Rule 4 of The Federal Rules of Civil Procedure or other appropriate law.)**<br><br>**CASE NO.: 2:21-cv-00540-AMM** |

**Summons in a Civil Action**

To: Group Long Term Disability Insurance for Employees of Aronov Realty Management Inc.
c/o Aronov Realty Management, Inc.
3500 Eastern Blvd.
Montgomery, AL 36116-1781

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amanda Stansberry
STANSBERRY LAW, LLC
3535 Grandview Parkway, Suite 310
Birmingham, Alabama 35243
Phone: 205-383-7996 / Fax: 833-583-4357
amanda@stansberrylaw.com

**If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 4/29/21

SHARON N. HARRIS, CLERK
By: [signature]
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ANNA O'MARY,**<br>**Plaintiff,**<br>**v.**<br>**LINCOLN NATIONAL LIFE INSURANCE COMPANY, ARONOV REALTY MANAGEMENT, INC., GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF ARONOV REALTY MANAGEMENT, INC., GROUP LIFE & DEPENDENT LIFE INSURANCE FOR EMPLOYEES OF ARONOV REALTY MANAGEMENT, INC.**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Summons**<br>**(Issued pursuant to Rule 4 of The Federal Rules of Civil Procedure or other appropriate law.)**<br><br>**CASE NO.: 2:21-cv-00540-AMM** |

**Summons in a Civil Action**

To: Aronov Realty Management, Inc.
c/o Jake F. Aronov
3500 Eastern Blvd.
Montgomery, AL 36116-1781

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amanda Stansberry
STANSBERRY LAW, LLC
3535 Grandview Parkway, Suite 310
Birmingham, Alabama 35243
Phone: 205-383-7996 / Fax: 833-583-4357
amanda@stansberrylaw.com

**If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 4/29/21

SHARON N. HARRIS, CLERK
By: [signature]
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ANNA O'MARY,**<br>**Plaintiff,**<br>**v.**<br>**LINCOLN NATIONAL LIFE INSURANCE COMPANY, ARONOV REALTY MANAGEMENT, INC., GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF ARONOV REALTY MANAGEMENT, INC., GROUP LIFE & DEPENDENT LIFE INSURANCE FOR EMPLOYEES OF ARONOV REALTY MANAGEMENT, INC.**<br><br>**Defendants.** | ) | **<u>Summons</u>**<br>**(Issued pursuant to Rule 4 of The Federal Rules of Civil Procedure or other appropriate law.)**<br><br>**CASE NO.: 2:21-cv-00540-AMM** |

**Summons in a Civil Action**

To: Group Long Term Disability Insurance for Employees of Aronov Realty Management Inc.
c/o Aronov Realty Management, Inc.
3500 Eastern Blvd.
Montgomery, AL 36116-1781

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amanda Stansberry
STANSBERRY LAW, LLC
3535 Grandview Parkway, Suite 310
Birmingham, Alabama 35243
Phone: 205-383-7996 / Fax: 833-583-4357
amanda@stansberrylaw.com

**If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 4|29|21

SHARON N. HARRIS, CLERK
By: Marley Barnes
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203