FILED
2021 May-14 PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lincoln National Life Insurance Comp
c/o The Prentice-Hall Corporation System
641 South Lawrence Street
Montgomery, AL 36104

9590 9402 4410 8248 6556 30

2. Article Number *(Transfer from service label)*

7018 0680 0001 3966 5857

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kelly Webster
☑ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
5-3-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2021 MAY 14 P 12:46

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt