FILED
2021 May-24 PM 04:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ANNA O'MARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 2:21-CV-00540-AMM |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, ARONOV REALTY MANAGEMENT, INC. GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF ARONOV REALTY MANAGMENT, INC., GROUP LIFE & DEPENDENT LIFE INSURACE FOR EMPLOYEES OF ARONOV REALTY MANAGEMENT, INC., | ) | UNOPPOSED |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION REGARDING DEADLINE FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, The Lincoln National Life Insurance Company ("Lincoln") files this Unopposed Motion Regarding Deadline for Defendants to Respond to Plaintiff's Complaint.

1. Plaintiff filed this lawsuit on April 19, 2021. All of the Defendants in this matter were served with process on May 3, 2021, and thus must file their Answers or otherwise respond by May 24, 2021.

2. Lincoln requests an extension for all Defendants to respond or answer Plaintiff's Complaint in order to allow each of the Defendants time to obtain the necessary documents to appropriately respond to the Complaint. As such, Lincoln requests that the Court enter an order that all Defendants in this matter have until and including June 7, 2021, to answer or otherwise respond to Plaintiff's Complaint.

3. The office of the filing Defendant's national counsel conferred with Plaintiff's counsel, Amanda Stansberry-Johns, with regard to the relief requested in this Motion, and Ms. Stansberry-Johns has stated that Plaintiff is not opposed to this Motion.

4. This Unopposed Motion Regarding Deadline for All Defendants to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

**PRAYER**

Lincoln requests that the Court enter an order that all Defendants in this matter have until and including June 7, 2021, to answer or otherwise respond to Plaintiff's Complaint.

Dated this 24th day of May 2021.

Respectfully submitted,

s/ *Matthew W. Robinett*
MATTHEW W. ROBINETT
ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

COUNSEL FOR THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of May, 2021, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

Amanda Stansberry-Johns (ASB-7793-M64S)
Email: amanda@stansberrylaw.com

*/s/ Matthew W. Robinett*
Matthew W. Robinett