FILED
2021 Jun-07 PM 04:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ANNA O'MARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 2:21-CV-00540-AMM |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, ARONOV REALTY MANAGEMENT, INC., GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF ARONOV REALTY MANAGMENT, INC., GROUP LIFE & DEPENDENT LIFE INSURANCE FOR EMPLOYEES OF ARONOV REALTY MANAGEMENT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>JOINT STIPULATION FOR DISMISSAL OF DEFENDANTS ARONOV REALTY MANAGEMENT, INC., GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF ARONOV REALTY MANAGEMENT, INC., AND GROUP LIFE & DEPENDENT LIFE INSURANCE FOR EMPLOYEES OF ARONOV REALTY MANAGEMENT, INC. WITHOUT PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff, as evidenced by the signature of Plaintiff's attorney below, DISMISSES WITHOUT PREJUDICE any and all claims against Defendants Aronov Realty Management, Inc. ("Aronov"), Group Long Term Disability Insurance for Employees of Aronov Realty

Management, Inc. (the "LTD Plan"), and Group Life & Dependent Life Insurance for Employees of Aronov Realty Management, Inc. (the "Life Plan") based on the following stipulation:

It is hereby stipulated by and between Plaintiff Anna O'Mary ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln"), by and through their respective counsel, that Aronov, the LTD Plan, and the Life Plan are hereby dismissed from this action without prejudice. Lincoln agrees that at no time during the course of this litigation will it contend that Plaintiff's claim for recovery of benefits pursuant to 29 U.S.C. § 1132(a)(1)(B) is defective as a result of Aronov, the LTD Plan, and the Life Plan having been dismissed from the action.

Dismissal under 41(a)(1)(i) is proper since Aronov, the LTD Plan, and the Life Plan have not filed an answer. Plaintiff shall not pursue any costs or attorneys' fees against Aronov, the LTD Plan, and the Life Plan.

Respectfully submitted,

*Amanda Stansberry*

Amanda Stansberry (ASB-7793-M64S)
STANSBERRY LAW, LLC
Attorney for Plaintiff
3535 Grandview Parkway, Ste 310
Birmingham, Alabama 35243
Telephone: (205) 383-7996
Facsimile: (833) 583-4357
Email: amanda@stansberrylaw.com

ATTORNEYS FOR PLAINTIFF

**AND**

s/Matthew W. Robinett
Matthew W. Robinett
ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd St. South
Birmingham, AL 35205
Telephone (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

- *And* -

Iwana Rademaekers, Esq.
(*Pro Hac Vice Motion Pending*)
Texas Bar No. 16452560
Attorney for Defendant
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of June, 2021, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

Amanda Stansberry-Johns (ASB-7793-M64S)
Email: amanda@stansberrylaw.com

*/s/ Matthew W. Robinett*
Matthew W. Robinett