**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANNA O'MARY,**<br><br>**Plaintiff,**<br>**v.**<br><br>**LINCOLN NATIONAL LIFE INSURANCE COMPANY; ARONOV REALTY MANAGEMENT, INC.; GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF ARONOV REALTY MANAGEMENT, INC.; and GROUP LIFE & DEPENDENT LIFE INSURANCE FOR EMPLOYEES OF ARONOV REALTY MANAGEMENT, INC.,**<br><br>**Defendants.** | ) | **Case No: 2:21-CV-540 AMM** |

**ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS ARONOV REALTY MANAGEMENT, INC.; GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF ARONOV REALTY MANAGEMENT, INC., and GROUP LIFE & DEPENDENT LIFE INSURANCE FOR EMPLOYEES OF ARONOV REALTY MANAGEMENT, INC.**

In accordance with the parties' Joint Stipulation for Dismissal of Without Prejudice, filed June 7, 2021, Doc. 12, the court hereby orders that this action against Aronov Realty Management, Inc., Group Long Term Disability Insurance for

Employees of Aronov Realty Management, Inc., (LTD Plan), and Group Life & Dependent Life Insurance for Employees of Aronov Realty Management, Inc, (Life Plan) (only), shall be, and are, **DISMISSED WITHOUT PREJUDICE**. Plaintiff shall not pursue any costs or attorneys' fees against Aronov, the LTD Plan and the Life Plan. The Clerk of the Court is directed to terminate Aronov Realty Management, Inc., Group Long Term Disability Insurance for Employees of Aronov Realty Management, Inc., and Group Life & Dependent Life Insurance for Employees of Aronov Realty Management, Inc, as defendants in this matter.

Plaintiff's claims against Lincoln National Life Insurance Company remain before the court.

**DONE** and **ORDERED** this 8th day of June, 2021.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE